*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided January 28, 2002

## STATE OF CONNECTICUT *v.* TARRANCE LAWRENCE

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 284 (AC 20446), is denied.

*E. Gregory Cerritelli*, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 28, 2002

## STATEWIDE GRIEVANCE COMMITTEE *v.* RIDGELY WHITMORE BROWN

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 183 (AC 20706), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Ridgely W. Brown*, pro se, in support of the petition.

*Maureen A. Horgan*, assistant bar counsel, in opposition.

Decided January 28, 2002

## JOAN SANDOW ET AL. *v.* MARY ANN ECKSTEIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 67 Conn. App. 243 (AC 21153), is denied.